Label Matrix for local noticing
0315-2
Case 23-21623-JCM
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Oct  4 12:28:19 EDT 2023

Allegheny Mipsie Corp
PO Box 1022
Kittanning PA 16201-5022

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901

Amur Equipment Finance
304 W 3rd Street
Grand Island NE 68801-5941

Atipana Credit
9801 NW 1st Ct, 9801
Plantation, FL 33324-7010

Balboa Capital
575 Anton Boulevard
12th Floor
Costa Mesa, CA 92626-7685

Bernie Grey
793 Venango Avenue
Pittsburgh PA 15209-1247

CHTD Company
1238 Radcliffe Street
Bristol, PA 19007-5328

CIT Bank, N.A.
P.O. Box 7056
Pasadena, CA 91109-7056

(p)DEPARTMENT OF LABOR & INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

CSU - OUCTS, PA Labor & Industry
PA Department of Labor and Industry
Office of Unemployment Compensation
651 Boas Street, Room 702
Harrisburg, PA 17121-0751

(p)CHANNEL PARTNERS CAPITAL  LLC
ATTN LEGAL DEPARTMENT
10900 WAYZATA BOULEVARD SUITE 300
MINNETONKA MN 55305-5602

Corporation Service Company
PO Box 2576
Springfield, IL 62708-2576

Craig Cozza
295 Myoma Road
Mars PA 16046-2115

Eastern Architectural Systems
16341 Domestic Avenue
Fort Myers FL 33912-6001

(p)BERNSTEIN BURKLEY PC
ATTN KERI EBECK
601 GRANT STREET
9TH FLOOR
PITTSBURGH PA 15219-4430

Financial Pacific Leasing
3600 Horizon Boulevard Suite 200
Feasterville Trevose, PA 19053-4945

Financial Pacific Leasing, Inc.
3455 S. 344th Way, Suite 300
Federal Way, WA 98001-9546

First Citizens Bank
239 Fayetteville Street
Raleigh, NC 27601-1309

First Citizens Bank & Trust Company
PO Box 593007
San Antonio TX 78259-0200

Forward Financing
53 State Street, 20th Floor
Boston, MA 02109-2820

David L. Fuchs
Fuchs Law Office, LLC
554 Washington Ave., First Floor
Carnegie, PA 15106-2878

Funding Metrics
3220 Tillman Drive
Suite 200
Bensalem, PA 19020-2028

Jodi Hause
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3775

Huntington Banks
PO Box 182387
Columbus, OH 43218-2387

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Internet Truckstop Payments LLC
222 North Plymouth Avenue
New Plymouth, ID 83655

J.T. and Son Construction, LLC
64 Halstead Boulevard
Zelienople, PA 16063-1911

JOHN DEERE CONSTRUCTION & FORESTRY COMPANY
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

**EXHIBIT B**

John Deere
1 John Deere Place
Moline, IL 61265-8010

(p)DEERE CREDIT SERVICES INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

John Kurtz
631 Grace Church Road
Knox, PA 16232-6213

Jeffrey R. Lalama
Meyer Unkovic & Scott LLP
Henry W. Oliver Building
535 Smithfield Street
Suite 1300
Pittsburgh, PA 15222-2300

(p)NATIONAL FUNDING
ATTN ATTN ROBERT ZAHRADKA
9530 TOWNE CENTRE DR SUITE 120
SAN DIEGO CA 92121-1981

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Purvis Brothers, Inc.
Meyer Unkovic & Scott, LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315

QL Titling Trust LTD/Quality Leasing Co., In
9830 Bauer Drive
Carmel, IN 46280-1972

QL Titling Trust LTD/Quality Leasing Co., In
9830 Bauer Drive
Carmel, Indiana 46280-1972

(p)QUALITY LEASING CO   INC
9830 BAUER DRIVE
CARMEL IN 46280-1972

Richardson Tree & Landscape Co Inc
102 Buckwalter Road
New Wilmington PA 16142-2111

Rubin & Levin, P.C.
135 N. Pennsylvania Street
Suite 1400
Indianapolis, IN 46204-2489

Skander Tire Service, Inc.
1667 Evans city Road
Evans City PA 16033-8755

Joseph Jasper Swartz
PA Dept. of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061

The Huntington National Bank
PO Box 89424
Cleveland, OH 44101-6424

Thermaseal
111 Grand Avenue
Mars PA 16046-7000

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086-6504

Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086-6504

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

m2 Equipment Finance
175 North Patrick Boulevard
Suite 140
Brookfield, WI 53045-5811

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

COMMONWEALTH OF PA
DEPARTMENT OF LABOR AND INDUSTRY
UCTS - COLLECTIONS SUPPORT UNIT
PO BOX 68568
HARRISBURG, PA 17106-8568

Channel Partners Capital
11100 Wayzata Blvd #305
Minnetonka, MN 55305

(d)Department of Labor & Industry
PO Box 68568
Harrisburg PA 17121-0000

Keri P. Ebeck
Bernstein-Burkley
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

John Deere Construction & Forestry Company
PO BOX 6600
Johnston, IA 50131

National Funding, Inc.
9530 Town Centre Drive
Suite 120
San Diego, CA 92121

Quality Leasing Co. Inc.
9830 Bauer Drive E
Indianapolis IN 46280-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)First Citizens Bank & Trust Company
PO Box 593007
San Antonio, TX 78259-0200

(u)PA Dept of Revenue

(d)Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg PA 17128-0946

End of Label Matrix
Mailable recipients    52
Bypassed recipients     4
Total                  56