IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| *IN RE*: : | |
| : | |
| J.T. AND SON CONSTRUCTION, LLC : | Case No.: 23-21623-JCM |
| : | (Chapter 11) |
| Debtor : | |
| : | |
| CHANNEL PARTNERS CAPITAL, LLC : | |
| : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| J.T. AND SON CONSTRUCTION, LLC : | |
| : | |
| Respondent : | |

### [PROPOSED] ORDER

**AND NOW,** this _____ day of_____, 2023, upon consideration of Movant Channel Partners Capital, LLC's Motion for Relief from Automatic Stay, and any opposition thereto, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The that the Motion is **GRANTED,** and that the automatic stay be modified or terminated to permit Channel Partners Capital, LLC to recover and dispose of the following equipment:

    a. 2021 Snap Table PRO Hyperlite Cutting Table, Serial No. 1S9U1UR15MC216049; and

    b. 2017 Manac Combo Flatbed Trailer, Vin No. 5MC124816H168520.

2. The provisions of Bankruptcy Rule 4001(a)(3) shall not apply to this Order modifying the stay.

3. Movant shall serve this Order on all interested parties and file a certificate of service.

Prepared by: Ronald S. Canter, Esq.

Dated: _____  _____
                                                JOHN C. MELARAGNO
                                                UNITED STATES BANKRUPTCY JUDGE

cc:    Debtor
       Counsel
       Office of the U.S. Trustee